■ In the Matter of James F. Armstrong, an Attorney, Resignor. [934 NYS2d 730]—Order entered accepting resignation and striking name from roll of attorneys. Present—Smith, J.P., Fahey, Carni, Sconiers and Gorski, JJ. (Filed Dec. 16, 2011.)

■ In the Matter of Brian Charles Malady, a Suspended Attorney, Respondent. Grievance Committee of the Seventh Judicial District, Petitioner. [934 NYS2d 730]—Order of disbarment entered. Present—Smith, J.P., Fahey, Carni, Sconiers and Gorski, JJ. (Filed Dec. 9, 2011.)

■ In the Matter of Jeffrey M. Jayson, for Reinstatement to the Practice of Law in the State of New York. [937 NYS2d 641]—Order entered terminating suspension and reinstating petitioner to the practice of law. Present—Smith, J.P., Fahey, Carni, Sconiers and Gorski, JJ. (Filed Dec. 9, 2011.)